FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
WILLIAM C. CARRICO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Weston J. Coolidge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>WESTON J. COOLIDGE,<br><br>              Defendant. | 2:09-cr-022-RCJ-RJJ<br><br>**NOTICE OF APPEARANCE** |

      NOTICE is hereby given that Assistant Federal Public Defender WILLIAM C. CARRICO, will serve as counsel for the above-captioned defendant.

      Counsel's address is as follows:

          Federal Public Defender
          411 E. Bonneville Avenue, Suite 250
          Las Vegas, Nevada 89101

      DATED this 6th day of February, 2009.

                                        FRANNY A. FORSMAN
                                        Federal Public Defender

                                        /s/ William C. Carrico
                                        _____
                                        WILLIAM C. CARRICO
                                        Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 6, 2009, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

GREGORY A. BROWER
United States Attorney
RUSSELL E. MARSH
Chief, Criminal Division
NICHOLAS D. DICKINSON
Assistant Federal Public Defender
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

/s/ Bonnie S. Box
_____
Employee of the Federal Public Defender