UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-cr-022-RCJ-RJJ |
| vs. | ) | |
| ALAN L. RODRIGUES, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the undersigned Magistrate Judge on a Motion For Status Hearing (#111).

The Court having reviewed the Motion (#111) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion For Status Hearing (#111) is GRANTED.

IT IS FURTHER ORDERED that a status hearing is scheduled for August 6, 2010, at 11:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada. Defendants are NOT required to be present in court for this hearing.

DATED this __20th__ day of July, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge