UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-022-GMN (RJJ) |
| Plaintiff, | |
| vs. | ORDER TO SEAL EXHIBITS |
| WESTON J. COOLIDGE, | |
| Defendant. | |

Having heard the arguments of the parties and there being good cause,

IT IS HEREBY ORDERED that these exhibits attached to Motion to Compel (CR#117) be sealed in accordance with Special Order 108, as these documents contain personal tax identification information.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: Dec. 27, 2010

3