# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00022-MMD-GWF |
| Plaintiff, | ORDER |
| vs. | |
| ALAN R. RODRIGUES, et al., | |
| Defendants. | (*Ex parte* and sealed) |

The Court, having heard representations in regards to the government's *ex parte* and sealed oral motion for a bench warrant to be issued for Joseph Tigani, finds as follows:

1. That a trial subpoena in the matter of <u>United States vs. Rodrigues, et, al.</u> (09-CR-00022-MMD-GWF), was issued ordering Joseph Tigani to appear in Las Vegas, Nevada to testify at trial beginning on April 15, 2014;

2. That Mr. Tigani was served with the subpoena on or about April 8, 2014; and

3. That Mr. Tigani has indicated his refusal to appear to testify and he has been unresponsive to the government's attempts to procure his presence.

THEREFORE, IT IS HEREBY ORDERED, that a bench warrant be issued for the arrest of Joseph F. Tigani III ▮▮▮▮▮▮▮▮▮▮ procure his presence at trial to testify pursuant to the duly issued subpoena.

IT IS FURTHER ORDERED that this order and the warrant be sealed except as necessary for law enforcement to execute the warrant.

Dated: May 2, 2014

_____
MIRANDA M. DU
U.S. DISTRICT JUDGE

11385668.1