UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>    Plaintiff,                )<br>                              )<br>        vs                    )<br>                              )<br>ALAN L. RODRIGUES, et al.,    )<br>                              )<br>    Defendant.                )<br>_____) | 2:09-CR-00022-GMN-GWF<br><br>ORDER STRIKING FILED DOCUMENT |

IT IS HEREBY ORDERED that document 583 shall be stricken from the record and removed from the docket.

IT IS FURTHER ORDERED that document 583 shall be filed in the automated CJA eVoucher program.

DATED this 15th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE